**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDRICA C. BALLARD,
                   Appellant,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,
                   Respondent.

No. 66515

**FILED**

JUL 0 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

On April 13, 2015, this court entered an order giving appellant 15 days to file the transcript request form and 40 days to file and serve the civil proper person appeal statement. Appellant's civil proper person appeal statement was due in this court by May 26, 2015. To date, appellant has failed to file a transcript request form or the civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Douglas Smith, District Judge
       Fredrica Charlee Ballard
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-20685